UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 19-1488 JVS (ADSx) | Date | September 17, 2019 |
| Title | Adam Ghadiri v. El Pollo Loco et al | | |

| | |
|---|---|
| Present: The Honorable | **James V. Selna, U.S. District Court Judge** |

| | |
|---|---|
| Lisa Bredahl | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   **[IN CHAMBERS] Order Regarding Motions to Dismiss**

The Court has preliminarily reviewed the Motions to Dismiss filed by Defendants Shadishiva, Inc., Shapour Razipour, and El Pollo Loco, Inc. (Docket Nos. 17-18.) Local Rule 7-3 requires that the parties "meet and confer" in advance of filing such a motion "to discuss thoroughly, *preferably in person*, the substance of the contemplated motion and any potential resolution." (Italics supplied.) The conference must occur at least seven (7) days prior to the filing of the motion. Id. In the notice of the motion, the moving party must include a statement to the effect: "This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on [date]."

There are no documents containing the required statement.

Accordingly, the motions are ordered off the September 23, 2019 calendar. Fed. R. Civ. P. 78; L.R. 7-15. The motion may be re-noticed for a new date, provided the renewed motion is accompanied by a declaration that establishes compliance with Local Rule 7-3.

**IT IS SO ORDERED.**

| | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |